**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 504 MAL 2014
                                     :

           Respondent        : Petition for Allowance of Appeal from the
                                       : Order of the Superior Court
                                     :

              v.                   :
                                     :
                                   :

GARY BARTONE,              :
                                     :
           Petitioner         :


## ORDER


**PER CURIAM**

     **AND NOW**, this 2nd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.